THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00083-MR-DLH

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver for **THE BANK OF ASHEVILLE**,<br><br>      Plaintiff,<br><br>vs.<br><br>**DION HOLDINGS, LLC, NICHOLAS DIMITRIS**, and **PAUL RANTZOS**,<br><br>      Defendants. | **JUDGMENT** |

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **GRANTED**, and the Plaintiff is hereby awarded against the Defendants, jointly and severally, the sum of Seven Hundred and Forty-One Thousand Nine Hundred and Twenty-Nine Dollars and Forty-Nine Cents ($741,929.49), together with interest at the rate of One Hundred and Twenty-Three Dollars and Ninety-Six Cents ($123.96) per day from and after August 8, 2012, plus the sum of One

Hundred Thousand Two Hundred and Thirty-Four Dollars and Ninety Cents ($100,234.90) as an award of reasonable attorneys' fees.

Signed: December 12, 2012

Martin Reidinger
United States District Judge

2

Case 1:11-cv-00083-MR-DLH   Document 23   Filed 12/13/12   Page 2 of 2